[No. 43141-6-II. Division Two. October 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA LYNN HICKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00166-5, Nelson E. Hunt, J., entered February 22, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 69048-5-I. Division One. October 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS MILFORD McGOWEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00198-7, Kimberley Prochnau, J., entered June 26, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[Nos. 70454-1-I; 70550-4-I. Division One. October 13, 2014.]

R. LANCE HADDON ET AL. *Appellants*, v. JOOST R. CLAEYS ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 11-2-24106-8, Carol A. Schapira, J., entered May 14, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.